962

No. 02–1269.  FUTURESOURCE, LLC *v.* REUTERS LTD. ET AL. C. A. 7th Cir.  Certiorari denied.

No. 02–1282.  HOUSING AUTHORITY OF THE CITY OF DALLAS *v.* HIGHLANDS OF MCKAMY IV AND V COMMUNITY IMPROVEMENT ASSN. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–1298.  GOUDIE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–1299.  ST. MARTIN ET AL. *v.* ENERGY DEVELOPMENT CORP.  C. A. 5th Cir.  Certiorari denied.

No. 02–1312.  MORENO-VARGAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7039.  GONZALEZ *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 02–7576.  COCHRAN *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 02–7749.  RANDLE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–7861.  VOLKOV *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir.  Certiorari denied.

No. 02–8068.  HUNT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–8287.  AREVALO *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–8338.  MCFARLAND *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–8801.  BOGGAN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8805.  ALLISON *v.* LUSK, WARDEN.  C. A. 5th Cir. Certiorari denied.